UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINE E. TRANTINO,

    Plaintiff,

v.                                                 Case No: 2:16-cv-783-FtM-CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) filed on May 18, 2017. Defendant requests that the Court remand this case to the Commissioner for further administrative proceedings. Plaintiff does not oppose the motion. Pursuant to Title 42, United States Code, Section 405(g), the Court may reverse the decision of the Commissioner with or without remanding the case for a rehearing. Upon due consideration, Defendant's motion will be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 19) is **GRANTED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to:

    a. Evaluate the record evidence and the medical opinions in the record,

including those of Dr. Ashish Adlaka.  The Administrative Law Judge should sufficiently explain the weight afforded to the opinions and the reasons for doing so;

  b. Further develop the record and issue a new decision;

  c. Consider any new, updated, or additional evidence for the relevant time period; and

  d. Take any further action necessary.

2. The Clerk shall enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record